# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**RICHARD MADURA,**

    Plaintiff,

                      **CASE NO.    3:11-cv-118**

**-vs-**

                      **Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that (1) the ALJ's Non-Disability Finding is **NOT SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **REVERSED**; (2) Judgment is to be **ENTERED IN FAVOR OF PLAINTIFF AWARDING BENEFITS**; and that the case is **CLOSED**.

Date:   January 20, 2012                         **JAMES BONINI, CLERK**

                                                 By: <u>s/ M. Rogers</u>
                                                 Deputy Clerk